Paul R. Hager, #071072
HAGER, TRIPPEL, MACY & JENSEN
Attorneys at Law
1322 E. Shaw Avenue, Suite 350
Fresno, California 93710
Telephone (559) 228-8322
Fax (559) 226-5274

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Defendant, RAJINDER S. BRAR dba TESORO MINI MART

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL DELGADO,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>RAJINDER S. BRAR dba TESORO MINI MART,<br><br>　　　　Defendant.<br>_____ | No. 1:10-CV-02157-AWI-SMS<br><br>STIPULATION FOR FURTHER EXTENSION OF TIME FOR DEFENDANT RAJINDER S. BRAR DBA TESORO MINI MART TO RESPOND TO PLAINTIFF'S COMPLAINT;<br><br>ORDER |

WHEREAS counsel for the plaintiff, Daniel Delgado, and counsel for the defendant, Rajinder S. Brar dba Tesoro Mini Mart, are actively engaged in meaningful settlement discussions, they hereby stipulate to a second extension of time for said defendant to respond to the complaint on file herein to and including February 11, 2011.

Dated:   January 26, 2011.

　　　　　　　　　　　　　　　　　　MOORE LAW FIRM, P.C.

　　　　　　　　　　　　　　　　　　By _/s/ Tanya Levinson Moore _____
　　　　　　　　　　　　　　　　　　　　TANYA LEVINSON MOORE
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff, Daniel Delgado

Dated: January 26, 2011.

　　　　　　　　　　　　　　　　　　HAGER, TRIPPEL, MACY & JENSEN

　　　　　　　　　　　　　　　　　　By _/s/ Paul R. Hager_____
　　　　　　　　　　　　　　　　　　　　PAUL R. HAGER
　　　　　　　　　　　　　　　　　　　　Attorney for Defendant, Rajinder S. Brar
　　　　　　　　　　　　　　　　　　　　dba Tesoro Mini Mart

/ / / / /

## **ORDER**

IT IS HEREBY ORDERED that defendant Rajinder S. Brar dba Tesoro Mini Mart have a further extension of time to respond to plaintiff's complaint filed herein to and including February 11, 2011.

IT IS SO ORDERED.

Dated: January 27, 2011                      /s/ Sandra M. Snyder
                                        UNITED STATES MAGISTRATE JUDGE

3014mm-stip-ext-2